UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-96 PSG (JEMx)   x<br>CV 18-8615 PSG (JEMx) | Date | July 23, 2019 |
|---|---|---|---|
| Title | Scott Eric Rosenstiel v. Maximilian Sandor<br>LeRoy Albert Lewis v. Maximilian Sandor | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     The Court DENIES Rosenstiel's application

On July 15, 2019, the Court set a hearing on July 29, 2019 on (1) Scott Rosenstiel's request for the Clerk to enter default against Defendant Maximilian Sandor ("Defendant") in *Scott Eric Rosenstiel v. Maximilian Sandor*, No. CV 19-96 PSG (JEMx) and (2) LeRoy Albert Lewis's response to the Court's order to show cause in *LeRoy Albert Lewis v. Maximilian Sandor*, No. CV 18-8615 PSG (JEMx). *See Rosenstiel*, Dkt. #32; *Lewis*, Dkt. # 41.

Rosenstiel now asks the Court to (1) grant leave to file his application for entry of default and default judgment for *Rosenstiel*, No. CV 19-96 PSG (JEMx) and (2) excuse Lewis from appearing at the hearing for *Lewis*, No. CV 18-8615 PSG (JEMx). *See Rosenstiel*, Dkt. # 33; *Lewis*, Dkt. # 42.

The Court will hear Rosenstiel's request for the Clerk to enter default at the hearing. An entry of default is a prerequisite for a motion to enter default judgment. *See* Fed. R. Civ. P. 55. Therefore, his application for leave to file *another* application for entry of default and default judgment is **DENIED AS MOOT**. Rosenstiel's application for default judgment (Dkt. # 32) is **STRICKEN**.

Rosenstiels' request that Lewis be excused from appearing at the hearing is **DENIED**.

**IT IS SO ORDERED.**